CV6-108 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00108-CV

Capitol Carpet Cleaning, Inc.; John Frank Graham; and Roy G. Navarro, Appellants

v.

Edward Gutierrez and Luis Carlos Hernandez, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 94-01768, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 

 Appellants have filed a motion to dismiss this appeal. The motion is granted and the appeal
dismissed.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellants' Motion

Filed: January 9, 1997

Do Not Publish